| | |
|---|---|
| VON GORDON<br><br>          Plaintiff,<br>v.<br><br>GENESIS BIOTECHNOLOGY GROUP, MEDICAL DIAGNOSTIC LABORATORIES, LLC, GALAXY 2439 ENTERPRISES, LLC, STEPHANIE BERRY,<br>Individually, MICHELLE GUENTHER, Individually, and JOHN DOES 1-5 AND 6-10<br><br>          Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>*Civil Action*<br><br>DOCKET NO. 1:21-cv-12733-RBK-KMW |

## STATUS REPORT

In accordance with the Court's Order of January 23, 2023, Plaintiff hereby submits this Status Report. Plainitff has received written confirmation from the State of New Jersey that her overpayment claim with the unemployment office has been fully resolved and she owes a zero balance. Therefore, in light of this development, the Plaintiff wishes to proceed to a settlement conference to further resolution of this matter.


Respectfully submitted:

*Mary LeMieux-Fillery*
Mary LeMieux-Fillery, Esq.
Law Offices of Eric A. Shore
2 Penn Center, Suite 1240
1500 JFK Boulevard
Philadelphia, PA 19102

maryf@ericshore.com
Counsel for Plaintiff

Dated: February 1, 2023